**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6673**

---

VERNON LEE QUINN,

                              Plaintiff - Appellant,

        versus

JOHN DOE, Magistrate Judge, Mecklenburg County
Jail; JIM PENDERGRAPH; W. DAVID LEE, Union
County, Superior Court Judge; JOHN DOE,
Classification, Mecklenburg County Jail; JOHN
DOE, Clerk of Superior Court,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Graham C. Mullen, Chief
District Judge.  (CA-05-126-MU-3)

---

Submitted:  September 28, 2005        Decided:  November 21, 2005

---

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Vernon Lee Quinn, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vernon Lee Quinn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Quinn v. Pendergraph</u>, No. CA-05-126-MU-3 (W.D.N.C. Apr. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>